**STATE v. WILLIAMS**

[357 N.C. 47 (2003)]

STATE OF NORTH CAROLINA v. MARVIN EARL WILLIAMS, JR.

No. 264A90-6

(Filed 28 March 2003)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an order entered 28 August 2002 by Judge Ripley E. Rand in Superior Court, Wayne County, granting defendant's motion for discovery under N.C.G.S. § 15A-1415(f). Heard in the Supreme Court 12 March 2003.

*Roy Cooper, Attorney General, by Valérie B. Spalding, Special Deputy Attorney General, for the State-appellant.*

*Shelby Duffy Benton and Glenn A. Barfield for defendant-appellee.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.

Justice BRADY did not participate in the consideration or decision of this case.